E. Bromley Rodgers, Appellant, Respondent, v. James G. McLoughlin and Cornelia Cole McLoughlin, Respondents, Appellants.— Order modified by requiring the plaintiff to give particulars required by subdivisions 3 and 11 of the demand, and by denying motion for particulars required by subdivisions 6 and 7 of the demand, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Benedict Sahli, Respondent, v. William T. Scovil, Appellant.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Paul Schaad, Respondent, v. Samuel T. Williams, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., dissented.

Charles Schroeder, an Infant, by George Schroeder, His Guardian ad Litem, Respondent, v. Marine Metal and Supply Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Raffaele Selvaggi, Respondent, v. Tisdale Lumber Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

William E. T. Smith and Others, Appellants, v. John J. Bartlett, Respondent.— Order reversed and motion granted, without costs, but upon plaintiffs stipulating that if defendant so elect, either party may read in evidence from the former record. The reversal is solely upon the ground of the error in the certified copy of the will of William Smith. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Kelsey Smith & Company, Respondent, v. Louis A. Westermann, Appellant, Impleaded with Aaron T. Doty and Others, Defendants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Decision and judgment modified so as to reduce the finding of the amount of plaintiff's lien by $425 held by McKinley, and as so modified affirmed, without costs. The 7th conclusion of law in the proposed conclusions of law is reversed. Let the order show findings in accordance with this determination. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

John Solinskie, Respondent, v. Philadelphia and Reading Coal and Iron Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (See *Wilner* v. *Independent Order Ahawas Israel*, 122 App. Div. 615; *Jackson* v. *Carpenter*, 3 Cow. 22; *Taylor* v. *Vandervoort*, 9 Wend. 449.) Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Randolph Stokes, an Infant, by Loretta Sayler, His Guardian ad Litem, Respondent, v. New York Consolidated Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.